# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| DAVID L. KOSHINSKI<br>MISTY M. KOSHINSKI, | |
| Debtor(s). | Case No. 16-31494 |

## ORDER

For the reasons stated in the Court's Opinion entered this date, IT IS ORDERED that Ross Signorino's motion to vacate the discharge order and/or for additional time to file a complaint to determine dischargeability of debt is GRANTED IN PART and DENIED IN PART. The request to vacate the discharge order is DENIED. The request to file a complaint to determine dischargeability of debt under 11 U.S.C. § 523(a)(3) is GRANTED.

ENTERED: June 6, 2017

/s/ Laura K. Grandy

UNITED STATES BANKRUPTCY JUDGE